JS-6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8985
    Facsimile:  (415) 744-0134
    Email:  Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DAWN C. MEIER, | Case No. 5:12-cv-01721-OP |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  07/25/2013

HON. OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE